# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JACQUELYN HOWARD, *on behalf of* *Darrius Howard*, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) ) |
| BROOKWOOD BAPTIST HOSPITAL BEHAVIORAL MEDICINE, | ) ) ) |
| Respondent. | ) |

Case No.: 2:17-cv-01598-AKK-SGC

## MEMORANDUM OPINION

On December 5, 2017, the magistrate judge entered a report recommending this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Jacquelyn Howard on behalf of her son, Darrius Howard, be dismissed for want of prosecution. (Doc. 4). The report and recommendation advised Petitioner of the right to file written objections within fourteen (14) calendar days. The deadline to file objections has expired, and Petitioner has not objected or otherwise responded.

After careful consideration of the record in this case, the undersigned **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, Petitioner's claims will be dismissed for want of prosecution.

A separate order will be entered.

**DONE** the 3rd day of January, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE